GALLAND–COHN–HALL CO., Respondent, v. MILLIKEN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by the Galland-Cohn-Hall Company against Seth M. Milliken and others. J. P. Howe, for appellants. J. M. Proskauer, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GANUN, Appellant, v. PALMER, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Mary F. Ganun, on behalf of herself and all the other creditors of Jane M. Sands, deceased, against Mary E. Palmer, individually and as executrix of the last will and testament of Jane M. Sands, deceased. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 123 N. Y. Supp. 1117.

GARDINER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Edith V. Gardiner against the New York Central & Hudson River Railroad Company. No opinion. Motion granted. Question certified. Order filed.

GEBHARDT, Appellant, v. LANGUTH, Respondent. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Julius F. Gebhardt against John M. Languth.

PER CURIAM. Judgment and order of the Municipal Court reversed, and new trial ordered, costs to abide the event, unless defendant stipulate to modify the judgment by waiving the recovery upon his counterclaim, on the ground of insufficient evidence of the value of the partition, and erroneous evidence of the expert in relation thereto, and lack of evidence of the value of the belting, shafting, and storing of moulding, in which event the judgment as thus modified, and the order, are affirmed, without costs.

GEDDES COARSE SALT CO., Respondent, v. NIAGARA, L. & O. POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by the Geddes Coarse Salt Company against the Niagara, Lockport & Ontario Power Company. No opinion. Judgment and order affirmed, with costs.

GEMUNDER et al., Appellants, v. SUN PRINTING & PUBLISHING ASS'N, Respondent. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by August M. Gemunder and others against the Sun Printing & Publishing Association. J. T. McGovern, for appellants. J. M. Beck, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiffs to amend on payment of costs on this court and in the court below. Order filed.

GERICKE v. BISCHOFF et al. (Supreme Court, Appellate Division, First Department. 125 N.Y.S.—71

October 28, 1910.) Appeal from Trial Term, New York County. Action by Emma Gericke against Henry Bischoff and others. Judgment for plaintiff, and defendants appeal. Reversed, and new trial ordered. Albert P. Massey, for appellants. Clifford C. Roberts, for respondent.

PER CURIAM. The judgment and order denying the motion for a new trial should be reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to deduct from the amount of the verdict the sum of $50 and interest from the date she received the same, in which event the judgment as so modified and said order should be affirmed, with costs to the respondent. The appeal from the order denying the motion for reargument should be dismissed, with $10 costs. Settle order on notice.

GILROY v. TWELFTH WARD BANK. (Supreme Court, Appellate Term. October, 1910.) Appeal from City Court of New York, Special Term. Action by Eugene C. Gilroy, as receiver of the Columbia Publishing Company, against the Twelfth Ward Bank. From a City Court judgment on a verdict directed for plaintiff, defendant appeals. Modified and affirmed. L. M. Berkeley, for appellant. Purdy, Squire & Rowe (Allan C. Rowe and Sumner Bowman, of counsel), for respondent.

PER CURIAM. There is no merit whatever in this appeal. The opinion of this court on the appeal from the order (51 Misc. Rep. 62, 99 N. Y. Supp. 908) shows that the order could not have adjudicated the issues in this case. It appears from the computation of interest made by the witness was erroneous to the extent of 85 cents. The defendant should have corrected this trivial error at the time. It now contends that the judgment should be modified to that extent, and, as the respondent joins in the request, the judgment will be so modified. The judgment is therefore reduced by deducting therefrom 85 cents, and, as modified, affirmed, with costs. All concur.

GOLDBERG, Appellant, v. REGAN, Respondent. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Morris L. Goldberg, an infant, against John J. Regan. M. Brown, for appellant. L. Leale, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOLDSTEIN v. GOLDBERG. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Joseph D. Goldstein against Isaac Goldberg. No opinion. Application denied, with $10 costs. Order signed.

GOLDSTEIN v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Roy A. Goldstein against the Pennsylvania Railroad Company. No opinion. Application denied, with $10 costs. Order signed.

GOLLER v. STUBENHAUS et al. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Jacob